IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mitchell IV, Andrew W | Case Number: 05 B 49333 |
|---|---|---|
| | Mitchell, Lynda | Judge: Hollis, Pamela S |
| | Printed: 1/22/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 20, 2007
Confirmed: December 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,800.00 |  |
| Secured: |  | 21,851.35 |
| Unsecured: |  | 10,994.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 1,954.31 |
| Other Funds: |  | 900.00 |
| Totals: | 37,800.00 | 37,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,100.00 | 2,100.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Honda Finance Services | Secured | 15,219.91 | 15,219.91 |
| 4. | Litton Loan Servicing | Secured | 15,973.31 | 6,631.44 |
| 5. | World Financial Network Nat'l | Unsecured | 406.54 | 468.17 |
| 6. | Capital One | Unsecured | 367.33 | 423.02 |
| 7. | St Alexius Medical Center | Unsecured | 3,300.56 | 3,800.95 |
| 8. | Capital One | Unsecured | 1,175.23 | 1,353.41 |
| 9. | World Financial Network Nat'l | Unsecured | 93.21 | 107.35 |
| 10. | T Mobile USA | Unsecured | 98.99 | 113.99 |
| 11. | Resurgent Capital Services | Unsecured | 135.57 | 156.12 |
| 12. | ECast Settlement Corp | Unsecured | 622.28 | 716.62 |
| 13. | Capital One | Unsecured | 1,073.25 | 1,235.96 |
| 14. | St Alexius Medical Center | Unsecured | 368.94 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 2,274.00 | 2,618.75 |
| 16. | J George Handley, S.C. | Unsecured | | No Claim Filed |
| 17. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 18. | Delnor Community Hospital | Unsecured | | No Claim Filed |
| 19. | Cosmetic & Plastic Surgery Assoc | Unsecured | | No Claim Filed |
| 20. | Ahs Midwest Region | Unsecured | | No Claim Filed |
| 21. | Crafters Choice | Unsecured | | No Claim Filed |
| 22. | Evanston Fire Department | Unsecured | | No Claim Filed |
| 23. | Kanu Panchal Md | Unsecured | | No Claim Filed |
| 24. | ENH North Suburban Anesthesia | Unsecured | | No Claim Filed |
| 25. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mitchell IV, Andrew W | Case Number: 05 B 49333 |
|---|---|---|
| | Mitchell, Lynda | Judge: Hollis, Pamela S |
| | Printed: 1/22/08 | Filed: 10/12/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Jasmine Wang Chao Do, Ltd | Unsecured | | No Claim Filed |
| 27. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 28. | Northwest Suburban Community | Unsecured | | No Claim Filed |
| 29. | Radiological Consultants | Unsecured | | No Claim Filed |
| 30. | Mark Drug Home Health | Unsecured | | No Claim Filed |
| 31. | Medical Center Anesthesia | Unsecured | | No Claim Filed |
| 32. | Healthsouth of Cape Girardeau | Unsecured | | No Claim Filed |
| 33. | Laboratory Physicaians LLC | Unsecured | | No Claim Filed |
| 34. | Northwest Radiology Assoc S | Unsecured | | No Claim Filed |
| 35. | The Center For Sports Orthopaedics | Unsecured | | No Claim Filed |
| 36. | Lab Corporation | Unsecured | | No Claim Filed |
| 37. | Great Smokies Diagnostic Lab | Unsecured | | No Claim Filed |
| 38. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 39. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 40. | St John's Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,209.12 | $ 34,945.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 368.49 |
| 5% | 90.01 |
| 4.8% | 302.40 |
| 5.4% | 1,193.41 |
| | _____ |
| | $ 1,954.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____